# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Rebecca V. W., | No. 24-CV-1120 (KMM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Michelle King, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") from United States Magistrate Judge John F. Docherty dated November 25, 2024. Judge Docherty recommends that Plaintiff Rebeca V. W.'s request for relief be denied and the Commissioner's request that the final decision on Plaintiff's application for Social Security disability benefits be affirmed. Plaintiff did not object to the R&R. In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted Cnty.*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Having reviewed the R&R and the record in this matter, the Court finds no error. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. No. 13) is **ACCEPTED**;

2. The relief requested by Plaintiff Rebecca V. W. (Dkt. No. 10) is **DENIED**;

2

3. The Defendant Commissioner's request that the final decision be affirmed (Dkt. No. 12) is **GRANTED**, and the Commissioner's final decision is **AFFIRMED**; and

4. This matter is **DISMISSED WITH PREJUDICE**.

**Let Judgment be entered accordingly**.

Date: January 27, 2025         *s/Katherine Menendez*
                               Katherine Menendez
                               United States District Judge